659 A.2d 469

## IN THE MATTER OF VICTOR M. MUSTO, AN ATTORNEY AT LAW.

June 15, 1995.

### ORDER

**VICTOR M. MUSTO of ASBURY PARK,** who was admitted to the bar of this State in 1983, having pleaded guilty to conspiracy to distribute cocaine, in violation of 21 *U.S.C.A.* 846, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **VICTOR M. MUSTO** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that **VICTOR M. MUSTO** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **VICTOR M. MUSTO** comply with *Rule* 1:20–20 dealing with suspended attorneys.